THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gregory Amadeo,       
Appellant.
 
 
 

Appeal From Lexington County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2004-UP-385
Submitted April 21, 2004  Filed June 18, 2004

 APPEAL DISMSISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, of Columbia;  and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Gregory Amadeo appeals his 
 plea to charges of driving under the influence and of driving under suspension. 
 Counsel for Amadeo attached to the final brief a petition to be relieved as 
 counsel. Amadeo did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Amadeos 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.